UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2016 JUL 13 AM 10: 43

UNITED STATES OF AMERICA

v.

STEVE ALLEN PRITCHARD
   a/k/a "BOO" PRITCHARD
BRANDI PRITCHARD
   a/k/a BRANDI WAGGENER

INDICTMENT

NO. 1:16CR-28-GNS
18 U.S.C. § 2
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1341
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
(Mail Fraud)

From on or about and between June 24, 2011, and September 3, 2011, in the Western District of Kentucky, Adair County, Kentucky, and elsewhere, **STEVE ALLEN PRITCHARD** and **BRANDI PRITCHARD**, the defendants, aided and abetted by each other, devised a scheme to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme, caused mail matter to be placed in a post office and authorized depository for mail matter, and to be sent and delivered by the Postal Service, to wit: on June 24, 2011, **BRANDI PRITCHARD** purchased a $50,000 renter's insurance policy from Grange Insurance Company for the contents of her home at 3043 Liberty Road, Columbia, Kentucky.  On July 5, 2011, **STEVE ALLEN PRITCHARD** and **BRANDI PRITCHARD** submitted an insurance claim to Grange Insurance Company relating to the June 30, 2011 fire described in Count 1, in which they alleged losses related to items they did not own, and on July 16, 2011, and September 3, 2011, Grange Insurance Company mailed checks

payable to **BRANDI PRITCHARD** in payment of that fraudulent insurance claim, and **STEVE ALLEN PRITCHARD** and **BRANDI PRITCHARD** subsequently shared those insurance proceeds.

In violation of Title 18, United States Code, Sections 2 and 1341.

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Sections 844(i) and 1341, as specifically charged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, **STEVE ALLEN PRITCHARD** and **BRANDI PRITCHARD**, the defendants, shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of any such violation.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(B), and Title 28, United States Code, Section 2461.

A TRUE BILL.

**REDACTED**

_/s/ [signature] AUSA_
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:NAB/DRW:07012016

UNITED STATES OF AMERICA v. STEVE ALLEN PRITCHARD and BRANDI PRITCHARD

## PENALTIES

Count 1:   NM 20 yrs. / $250,000.00 / both / NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENTS**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | | Felony: | |
|---|---|---|---|---|
|  |  | $ 25 per count/individual |  | $100 per count/individual |
|  |  | $125 per count/other |  | $400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

**APPEAL**

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

**PAYMENTS**

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 1:16CR-28-GNS

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2016 JUL 13 AM 10: 43

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

THE UNITED STATES OF AMERICA
vs.

STEVEN ALLEN PRITCHARD
BRANDI PRITCHARD

## INDICTMENT

**Title 18 U.S.C. §§ 2; 1341**
**Mail Fraud.**

*A true bill.*

_____
*Foreperson*

*Filed in open court this 13th day of July, 2016.*

_____
*Clerk*

*Bail, $*